**Order entered May 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00596-CR

## EX PARTE STEVEN SPRIGGS

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-54549-P**

## ORDER

The Court has received appellant's appeal from the trial court's order denying his motion to set a reasonable bail. The appeal is accelerated pursuant to Texas Rule of Appellate Procedure 31.

We **ORDER** the Dallas County District Clerk to file the clerk's record within **FIFTEEN DAYS** of the date of this order. No extensions will be granted.

We **ORDER** Lisabeth Kellet, official court reporter of the 203rd Judicial District Court, to file the reporter's record of the hearing on appellant's motion to set bail, within **FIFTEEN DAYS** of the date of this order. No extensions will be granted.

Appellant's brief is due within **THIRTY DAYS** of the date of this order. The State's brief is due within **FORTY-FIVE DAYS** of the date of this order. If any party does not file its brief within the time specified, the appeal will be submitted without that party's brief. *See* TEX. R. APP. P. 31.1.

The appeal will be submitted without argument on **July 5, 2013** to a panel consisting of Justices Lang, Myers, and Evans.

We **DIRECT** the Clerk to send copies of this order by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; Dallas County District Clerk, Criminal Records Division; Lisabeth Kellett, official court reporter, 203rd Judicial District Court; and counsel for all parties.


/s/     DAVID EVANS
        PRESIDING JUSTICE